
FILED
OCT 23 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE MYRON GARDNER and CHRISTOPHER DAVID BARLOW,<br><br>Defendants. | CR 19–29–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Forfeiture Allegation without prejudice. (Doc. 46.) In their plea agreement, Defendants agreed to forfeit their interest in various guns and ammunition. (Doc. 46 at 2.) However, the ATF purchased these items during the investigation of the case. (*Id.*) Having found good cause,

IT IS ORDERED that the Government's Motion (Doc. 46.) is GRANTED. The forfeiture allegation alleged in the indictment in this case is DISMISSED without prejudice.

DATED this 23rd day of October, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1